%JS 45 (5/97) - (Revised U.S.D.C. MA 9/20/2023)

**Criminal Case Cover Sheet**                                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** New Bedford    **Category No.** II    **Investigating Agency** DEA

**City** Boston

**County** Bristol

**Related Case Information:**
Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number   None
Search Warrant Case Number   None
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____    ☐ Yes   ☑ No

**Defendant Information:**

Defendant Name   Robert Fonseca    Juvenile: ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name: _____

Address:   4201 4th St, #2 Fall River, MA

Birth date (Yr only): 1971    SSN (last 4#): 2287    Sex: M    Race: Black    Nationality: U.S.

**Defense Counsel if known:** _____    Address: _____

Bar Number: _____

**U.S. Attorney Information**

AUSA:   K. Nathaniel Yeager    Bar Number if applicable: _____

**Interpreter:**   ☐ Yes  ☑ No    List language and/or dialect: _____

**Victims:**   ☐ Yes  ☑ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes   ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**   Unknown: defaulted, New Bedford D. Court, Dkt: 243CR004037B

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: May 14, 2025    Signature of AUSA: NAJ Yeager

JS 45 (5/97) (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Robert Fonseca

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §841(a)(1) | PWID > 5 kilos of cocaine | 1 |
| Set 2 | 21 U.S.C. §841(a)(1) | PWID > 500 grams of cocaine | 2 |
| Set 3 | 18 U.S.C. § 924(c) | Poss. Firearm in furtherance of Trafficking | 3 |
| Set 4 | 18 U.S.C. § 922(g)(1) | Felon in Poss. of Ammunition | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**