IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

vs.

ROBERT FONSECA,

Defendant.

Criminal No. 25-cr-10178

**JOINT MEMORANDUM PURSUANT TO L.R. 116.5(a)**

The United States of America and the Defendant, by undersigned counsel, submit the following Joint Memorandum regarding the above-captioned matter.

(1) **Status of Automatic Discovery and Pending Discovery Requests**

Automatic Discovery Provided by the Government

The United States has provided discovery to counsel on August 25, 2025, September 23, 2025, and October 10, 2025.

Automatic Discovery Provided by the Defendant

The Defendant has not provided automatic discovery.

(2) **Additional Discovery**

Additional Discovery To Be Provided by the Government

The United States is aware of its continuing duty to disclose newly discovered additional evidence or material that is subject to discovery or inspection under Local Rules 116.1 and 116.2(b)(1) and Rule 16 of the Federal Rules of Criminal Procedure.

Automatic Discovery To Be Provided by Defendant

The Defendant is not aware of any automatic discovery materials.

(3) **Timing of Additional Discovery Requests**

Counsel for the Defendant seeks time to review evidence obtained from the Government. If discovery motions are necessary, the parties request to propose dates in the next status report.

(4) **Protective Orders**

The United States does not anticipate requesting a Protective Order.

(5) **Pretrial Motions under Fed. R. Crim. P. 12(b)**

If pre-trial motions are necessary, the parties request to propose dates in the next status report.

(6) **Timing of Expert Witness Disclosures**

If expert witness disclosures are necessary, the parties request that the schedule for their production be established at a later date.

**(7) Periods of Excludable Delay**

The parties agree that the time from October 17, 2025 until the next scheduled status conference should be excluded under the Speedy Trial Act.

(8) **Timing of the Next Status Conference**

Counsel for Mr. Fonseca seeks additional time to review and discuss newly acquired evidence with the Defendant. The parties request an Interim Status Conference to be held at a date convenient for the Court and parties in approximately 45 days.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney
By:
/s/ K. Nathaniel Yeager
K. NATHANIEL YEAGER
Assistant U.S. Attorney

ROBERT FONSECA
By: */s/ Tracy A. Miner*
Tracy A. Miner, Esq.
MS Defenders
101 Federal Street, Suite 650
Boston, MA 02110